# In re Application of Juan Manuel Ducler for an Order Pursuant to 28 U.S.C. § 1782

Date: 2025-09-01

UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF NEW YORK

Miscellaneous Case No.:

## APPLICATION PURSUANT TO 28 U.S.C. § 1782

Applicant Juan Manuel Ducler respectfully applies for an order authorizing discovery from persons found in this District for use in proceedings before the Inter-American Commission on Human Rights (CIDH) and in contemplated proceedings in Argentina.

### Statutory Requirements

1) Targets reside or are found in this District (see Annex A).

2) The requested discovery is for use in a foreign or international proceeding (CIDH; Argentina).

3) Applicant is an 'interested person'.

### Intel Discretionary Factors

• Respondents are non-parties to the foreign proceedings;

• The foreign tribunals are receptive to the assistance;

• The application does not attempt to circumvent proof-gathering restrictions;

• The requests are tailored and not unduly burdensome.

### Relief Requested

Issuance of subpoenas under Fed. R. Civ. P. 45 to the custodians listed in Annex A with the document categories set forth in Annex B.

### Annex A – Respondents (Custodians in SDNY)

• The Bank of New York Mellon (ADR custodian for YPF ADS)

• Citibank, N.A. (New York)

• Credit Suisse (New York Branch)

• BNP Paribas (New York Branch)

• Burford Capital [New York office/entity]

• CH Global Capital LLC (New York)

**Annex B – Categories of Documents and Testimony Sought**

1) Credit/Collateral Agreements tied to the 2008 and 2011 YPF/Petersen financings

2) ADR custodial records (including YPF ADS) and related instructions/logs

3) Internal memoranda, valuations, diligence, and strategy on YPF ADS/claims

4) Communications with law firms, bankers, or public officials re Petersen/YPF

5) KYC/AML files, SAR-related records (if any), and compliance memoranda

6) Wire logs/Swift messages and ledger entries for relevant accounts

7) Assignments, sales, or monetization of claims/beneficial interests

8) Document retention policies and litigation holds relating to the above

**Annex C – Exhibit Index**

A1 – UIF Whistleblower Letter, 02-Jun-2017 (Spanish) + Certified EN translation.

A2–A7 – As per common Exhibit Index.

Dated: 2025-09-01

Respectfully submitted,

_____

Juan Manuel Ducler (Pro Se)

CP 5565 Mendoza, Argentina

jmducler@gmail.com

Phone: +5492622431978

**MEMORANDUM OF LAW IN SUPPORT OF APPLICATION UNDER 28 U.S.C. § 1782**

Applicant seeks narrowly tailored discovery for use before the CIDH and in contemplated Argentine proceedings. The application satisfies the statutory elements and the discretionary factors identified in Intel Corp. v. Advanced Micro Devices, Inc., 542 U.S. 241 (2004).

The requested discovery concerns U.S. financial channels, ADR custody, and New York–based entities relevant to the YPF/Petersen transactions and related litigation/monetization.

**ORDER**

Upon the application of Juan Manuel Ducler and the memorandum submitted, it is hereby ORDERED that the Application is GRANTED;

The Applicant is authorized to serve subpoenas under Fed. R. Civ. P. 45 on the respondents identified in Annex A;

Respondents shall preserve potentially responsive documents and data pending compliance or further order of the Court; and

The Court retains jurisdiction to resolve any disputes arising from this Order.

Dated: 2025-09-01

Respectfully submitted,

_____

Juan Manuel Ducler (Pro Se)

CP 5565 Mendoza, Argentina

jmducler@gmail.com

Phone: +5492622431978

**SUBPOENA SCHEDULE A**

Request 1: Credit/Collateral Agreements tied to the 2008 and 2011 YPF/Petersen financings. Time period: 2008–present.

Request 2: ADR custodial records (including YPF ADS) and related instructions/logs. Time period: 2008–present.

Request 3: Internal memoranda, valuations, diligence, and strategy on YPF ADS/claims. Time period: 2008–present.

Request 4: Communications with law firms, bankers, or public officials re Petersen/YPF. Time period: 2008–present.

Request 5: KYC/AML files, SAR-related records (if any), and compliance memoranda. Time period: 2008–present.

Request 6: Wire logs/Swift messages and ledger entries for relevant accounts. Time period: 2008–present.

Request 7: Assignments, sales, or monetization of claims/beneficial interests. Time period: 2008–present.

Request 8: Document retention policies and litigation holds relating to the above. Time period: 2008–present.