UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
*In Re: Application of Juan Manuel Ducler*                :
                                                          :
                                      Petitioner,         :
                                                          :                  25-MC-0377 (VSB)
                                                          :
for an order pursuant to 28 U.S.C. § 1782 to             :
conduct discovery for use in a foreign                    :                  **ORDER**
proceeding.                                               :
                                                          :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Petitioner's *ex parte* application, along with a three sentence "memorandum of law in support," seeking discovery in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782.  (Doc. 1.)  On October 21, 2025, I ordered Petitioner to file a supplemental memorandum of law addressing the § 1782 statutory requirements and *Intel* factors by November 12, 2025.  (Doc. 3.)  On December 18, 2025, I ordered Petitioner to comply with the October order by January 8, 2026 and warned that if he "fails to comply with the October order or otherwise demonstrate an intent to prosecute this litigation, I may dismiss the case for failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b)."  (Doc. 4.)

To date, Petitioner has not complied with either the October or December orders, nor did he seek an extension or otherwise explain his failure to comply.  Accordingly, I extend Petitioner's deadline to comply with the October and December orders *nunc pro tunc* to January 22, 2026.  If Petitioner fails to comply with the October and December orders or otherwise demonstrate an intent to prosecute this litigation, I will dismiss the case for failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  This is the final warning to Petitioner.

1

SO ORDERED.

Dated: January 12, 2026
         New York, New York

Vernon S. Broderick
United States District Judge